NO. 07-12-00279-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
--------------------------------------------------------------------------------
AUGUST 16, 2012
--------------------------------------------------------------------------------

 
 JORGE ALBARRAN AND
 ELIZABETH ALBARRAN, APPELLANTS
 
 v.
 
 WRI-AEW LONE STAR RETAIL
 PORTFOLIO, LLC, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE COUNTY COURT AT LAW NO. 1 OF RANDALL COUNTY;
 
 NO. 2010-005-CV; HONORABLE JAMES W. ANDERSON, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 ON MOTION TO DISMISS
 
Appellants, Jorge and Elizabeth Albarran, and appellee, Wri-Aew Lone Star Retail Portfolio, LLC, have filed a joint motion to dismiss this appeal because they have reached a compromise and settlement agreement. The motion is signed by attorneys for both parties. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Rule of Appellate Procedure 42.1(a)(1), and dismiss the appeal. Tex. R. App. P. 42.1(a)(1). Based on the agreement of the parties, costs of the appeal are taxed against appellant. Tex. R. App. P. 42.1(d).
Having dismissed the appeal at the parties' request, we will not entertain a motion for rehearing and will issue our mandate forthwith.

 Mackey K. Hancock
 Justice